IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR223 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KATHLEEN ROUSH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Notice of Related Case (Filing No. 3),

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf
for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and
processing of all pretrial matters.

DATED this 2nd day of June, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE